UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

v

                                     Case No. 12-CR-20416

WILLIAM L. NEWELL,              HON. MARK A. GOLDSMITH


      Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,**
**ACCEPTING DEFENDANT'S PLEA OF GUILTY AND**
**TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted in this case before United States Magistrate

Judge Michael J. Hluchaniuk pursuant to the defendant's consent. Judge

Hluchaniuk issued a report, recommending acceptance of defendant's guilty plea.

Either party may serve and file written objections "[w]ithin fourteen days after

being served with a copy" of the report and recommendations. 28 U.S.C. §

636(b)(1). The district court will make a "de novo determination of those portions

of the report…to which objection is made." *Id.* Where, as here, neither party

objects to this report, the district court is not obligated to independently review the

record. *Thomas v Arn,* 474 U.S. 140, 149-52 (1985). This Court has received the

report and finds its conclusions and Judge Hluchaniuk's recommendation to be reasonable.

Accordingly, it is ORDERED that Judge Hluchaniuk's Report and Recommendation [DE #13] is ADOPTED.

It is further ORDERED that the defendant's guilty plea is ACCEPTED, and the Rule 11 Plea Agreement [DE #14] is TAKEN UNDER ADVISEMENT.


Dated: August 30, 2012                     s/Mark A. Goldsmith
      Flint, Michigan                     MARK A. GOLDSMITH
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 30, 2012.

                     s/Deborah J. Goltz
                     DEBORAH J. GOLTZ
                     Case Manager